UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ARBOR NETWORKS, INC.,                       )
                                            )
            Plaintiff,                      )
                                            )   C.A. No. _____
v.                                          )
                                            )
WILLIAM E. RONCA III, RICHARD SHIRLEY,      )
DOUGLAS FLEMING, JAMES GILL, JAMES          )
NEEL, JASON MCEACHIN, MICHAEL L.            )
PORTER, ANDREW HENKART, PAUL                )
SCANLON, MICHAEL HOLLYMAN, and              )
RED LAMBDA, INC.,                           )
                                            )
            Defendants.                     )
_____)

**AFFIDAVIT OF DAWN MERTINEIT IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

I, Dawn Mertineit, being duly sworn, do hereby depose and say as follows:

1.      I am of legal age and believe in the obligation of an oath. I make the following Affidavit based on personal knowledge unless otherwise stated.

2.      I am counsel for the Plaintiff in the above-captioned action, Arbor Networks, Inc. ("Arbor" or "Plaintiff").

3.      I submit this Affidavit in support of Arbor's Motion for Temporary Restraining Order and Motion for Preliminary Injunction, filed contemporaneously herewith.

4.      Attached hereto as Exhibit 1 is a true and accurate copy of a printout of a page on Arbor's website, http://www.arbornetworks.com/network-security-&-visibility-products.html, accessed on July 16, 2012.

5. Attached hereto as Exhibit 2 is a true and accurate copy of a printout of a page on defendant Red Lambda, Inc.'s ("Red Lambda") website, http://www.redlambda.com/products/metagrid-analytics/anomaly-detection, accessed on July 16, 2012.

6. Attached hereto as Exhibit 3 is a true and accurate copy of a printout of a page on defendant Red Lambda, Inc.'s ("Red Lambda") website, http://www.redlambda.com/press-release/william-e-ronca-iii-named-evp-of-global-sales-marketing-and-business-development-for-red-lambda/, accessed on July 16, 2012.

7. Attached hereto as Exhibit 4 is a true and accurate copy of a printout of a press release issued by defendant Red Lambda, Inc. ("Red Lambda"), published on the BusinessWire website, http://www.businesswire.com/news/home/20110511006452/en/Red-Lambda-Hires-Network-Security-Veteran-William, accessed on July 17, 2012.

The foregoing statements are made under the pains and penalties of perjury.

Dated: July 18, 2012

　　/s/ *Dawn Mertineit*　　　　
Dawn Mertineit