UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARBOR NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. _____ |
| v. ) | |
| ) | |
| WILLIAM E. RONCA III, RICHARD SHIRLEY, ) | |
| DOUGLAS FLEMING, JAMES GILL, JAMES ) | |
| NEEL, JASON MCEACHIN, MICHAEL L. ) | |
| PORTER, ANDREW HENKART, PAUL ) | |
| SCANLON, MICHAEL HOLLYMAN, and ) | |
| RED LAMBDA, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), the Plaintiff in the above-captioned matter, Arbor Networks, Inc. ("Plaintiff"), hereby respectfully requests leave of this Court to file a Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction that is in excess of twenty (20) pages. The Memorandum of Law, attached hereto as Exhibit A, contains thirty (30) pages.[1] As grounds for this Motion, Plaintiff states:

1.  This case involves a request for injunctive relief based on multiple claims against eleven defendants (to whom different facts relate), including claims based on multiple employment agreements with a variety of obligations owed thereunder. The claims include: violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*; breach of contract; violation of Mass. Gen. Laws c. 93A; and intentional interference with contractual relations.

---

[1] Excluding caption and signature block.

14663200v.2

2. Because Plaintiff must establish a likelihood of success on the merits in order to obtain injunctive relief, the Memorandum of Law provides a detailed analysis of each claim, which should assist the Court in ruling on Plaintiff's motions for injunctive relief.

3. Accordingly, Plaintiff respectfully seeks permission to submit a Memorandum of Law that exceeds twenty pages.

WHEREFORE, Plaintiff respectfully requests that this Court allow Plaintiff to file a Memorandum of Law in excess of twenty pages.

Respectfully submitted,

ARBOR NETWORKS, INC.

By its attorneys,

_/s/ *Dawn Mertineit*_____
Katherine E. Perrelli (BBO #549820)
Dawn Mertineit (BBO #669988)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts  02210

Dated:  July 19, 2012            (617) 946-4800