# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ARBOR NETWORKS, INC.** | |
| *Plaintiff* | |
| v. | Civil Action No.:<br>**1:12–CV–11322–NMG** |
| **WILLIAM E RONCA III, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   David Carter, Resident Agent for Red Lambda, Inc.
   2180 West State Road 434
   Suite 6184
   Longwood, FL  32779

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

      Dawn Mertineit, Esq.
      Seyfarth Shaw, LLP
      Two Seaport Lane, Suite 300
      Boston, MA  02210

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**
*CLERK OF COURT*

/s/ – **Chris Danieli**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2012–07–20 11:56:46.0, Clerk USDC DMA

Civil Action No.: 1:12-CV-11322-NMG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Red Lambda, Inc.

was received by me on (date) 7/24/12 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☑ I served the summons on (name of individual) Amy _____, who is

designated by law to accept service of process on behalf of (name of organization) Red Lambda, Inc on (date) 7/24/12 ; or

☐ I returned the summons unexecuted because _____ ; or

Other (specify): Laid summons @ her feet. Refused to accept and Refused last name.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

7/24/12
/Date

*Server's Signature*

Shirley Jackson
*Printed name and title*
Process Server 461

133 W York Ct
*Server's Address*
Longwood, FL 32779

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 1:12-CV-11322-NMG

Plaintiff:
Arbor Networks, Inc.

vs.

Defendant:
William E. Ronca III, et al

For:
Dawn Mertineit, Esq.
Two Seaport Lane
Suite 300
Boston, MA 02210

Received by Shirley A. Jackson Process on the 24th day of July, 2012 at 11:19 am to be served on **David Carter, Resident Agent For Red Lamda, Inc., 2180 West State Road 434, Suite 6184, Longwood, FL 32779.**

I, Shirley Jackson, being duly sworn, depose and say that on the **24th day of July, 2012 at 12:17 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Verified Complaint with Exhibits, Plaintiff's Rule 7.1 Corporate Disclosure, Affidavit of Chris Conry in Support of Plaintiff's Motion For Temporary Restraining Order and Motion For Preliminary Injunction, Plaintiff's Motion For Leave To Take Expedited Discovery and Exhibits, Plaintiff's rule 34 Request To Inspect Computers, With Exhibits** with the date and hour of service endorsed thereon by me, to: **Amy Refused To Give Last Name** as Receptionist for **David Carter, Resident Agent For Red Lamda, Inc.**, at the address of: **2180 West State Road 434, Suite 6184, Longwood, FL 32779**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Attemted service on 7/24 @ 11:50 am, 2180 West State Road 434, Suite 6184, Longwood, FL 32779. I walked into the office and at the front desk was the employees cards on the desk, so i picked up a card with David Carter's name on it and said hello and no one answered, so i walked down the hall and found a man at his desk. The only person there to speak with at the time was a guy named Scott and he stated he was a Bookkeeper Consultant and wasnt an employee of Red Lambda. I asked when David Carter would be back he was the Registered Agent. Scott replied that David was in Alabama and wasnt sure when he would be back. He said he called and left a message for David to contact me, since i left my card with Scott. I spoke with David Carter on the phone and he stated it would be two weeks before he returned back to Longwood. I explained to him that someone from the company should be there to accept on his behalf since he wasnt there. He stated he would get in touch with the receptionist since he had no idea when his partner would return back to the office, he was also traviling. I then left and contacted the attorney with the information and the attorney stated her paralegal said the receptionist had returned. I went back to the suite and the receptionist was there and also another process server. The other process server stated the florida statue to a female named Amy, and she refused to give us her last name and stated she wasnt signing for anything and she was informed she didnt have to sign that she was an employee even though she was part time and we had to serve her since RA wasnt there for service. The documents was left at her feet advising her she was served.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'2, Weight: 100, Hair: Redish Brown, Glasses: N

**<u>AFFIDAVIT OF SERVICE for 1:12-CV-11322-NMG</u>**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. (To edit this declaration or add a new declaration, go to Setup>Servers>Server Declarations. You can have up to 7 declarations.)

Subscribed and Sworn to before me on the 25th day of July, 2012 by the affiant who is personally known to me.

_Debra Moyer_
NOTARY PUBLIC

DEBRA A. MOYER
MY COMMISSION # DD 971436
EXPIRES: April 16, 2014
Bonded Thru Notary Public Underwriters

Shirley Jackson
461

Shirley A. Jackson Process
133 W. York Ct.
Longwood, FL 32779
(407) 920-7316

Our Job Serial Number: SAJ-2012000103

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 25, 2012.

/s/ Dawn Mertineit
Dawn Mertineit