UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| ARBOR NETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM E. RONCA III, RICHARD SHIRLEY, DOUGLAS FLEMING, JAMES GILL, JAMES NEEL, JASON MCEACHIN, MICHAEL L. PORTER, ANDREW HENKART, PAUL SCANLON, MICHAEL HOLLYMAN, and RED LAMBDA, INC.,<br><br>    Defendants. | Civil Action No.: 1:12-cv-11322-NMG |

## NOTICE OF LIMITED APPEARANCE

I hereby make a special appearance on behalf of the Defendant, Red Lambda, Inc., for the limited purpose of responding to Plaintiff Arbor Networks, Inc.'s Motion for Temporary Restraining Order and Motion for Preliminary Injunction, as well as for the purpose of seeking the admission *pro hac vice* of out-of-state counsel on behalf of Red Lambda, Inc.

Red Lambda, Inc., expressly reserves, and does not waive, its rights to challenge venue and personal jurisdiction.

    Respectfully submitted,

    */s/ Stephen D. Riden*
    Russell Beck (BBO # 561031)
    Stephen D. Riden (BBO # 644451)
    BECK REED RIDEN LLP
    155 Federal Street, Suite 1302
    Boston, MA 02110
    Telephone: (617) 500-8660
    Facsimile: (617) 500-8665
    Email: sriden@beckreed.com

Dated: July 25, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on July 25, 2012.

                                          */s/ Stephen D. Riden*
                                          Stephen D. Riden