UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBOR NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM E. RONCA III, RICHARD SHIRLEY, DOUGLAS FLEMING, JAMES GILL, JAMES NEEL, JASON MCEACHIN, MICHAEL L. PORTER, ANDREW HENKART, PAUL SCANLON, MICHAEL HOLLYMAN, and RED LAMBDA, INC., <br><br> Defendants. | Case No. 1:12-cv-11322-NMG |

## **RED LAMBDA, INC.'S LR 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant Red Lambda, Inc. does not have any parent corporation.  No publicly held company owns 10% or more of Red Lambda, Inc.'s stock.

    Respectfully submitted,

    RED LAMBDA, INC.

    By its attorneys,

    */s/ Thomas A. Dye*
    **CARLTON FIELDS, P.A.**
    Thomas A. Dye, Esq.,
    Florida Bar No. 335207
    *Admitted pro hac vice*
    CityPlace Tower
    525 Okeechobee Blvd., Suite 1200
    West Palm Beach, Florida 33401
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368
    Email: tadye@carltonfields.com

|  |  |
|---|---|
|  | **BECK REED RIDEN LLP** |
|  | Russell Beck (BBO # 561031) |
|  | Stephen D. Riden (BBO # 644451) |
|  | 155 Federal Street, Suite 1302 |
|  | Boston, MA 02110 |
|  | Telephone: (617) 500-8660 |
|  | Facsimile: (617) 500-8665 |
| Dated:  July 30, 2012 | Email: sriden@beckreed.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on July 30, 2012.

                                      */s/ Stephen D. Riden*
                                      Stephen D. Riden