UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBOR NETWORKS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>WILLIAM E. RONCA, III, RICHARD )<br>SHIRLEY, DOUGLAS FLEMING, )<br>JAMES GILL, JAMES NEEL, )<br>JASON MCEACHIN, MICHAEL L. )<br>PORTER, ANDREW HENKART, )<br>PAUL SCANLON, MICHAEL )<br>HOLLYMAN, and RED LAMBDA, INC., )<br>)<br>Defendants. )<br>) | Case No. 1:12-cv-11322-FDS |

**DEFENDANT RED LAMBDA, INC.'S MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF MOTION TO REMOVE DEFENDANT
RED LAMBDA, INC. FROM THE PRELIMINARY INJUNCTION**

Defendant Red Lambda, Inc. ("Red Lambda") hereby moves pursuant to Local Rule 7.1(b)(3) of the United States District Court for the District of Massachusetts that it be granted leave to file a reply in support of its Motion to Remove Red Lambda From the Preliminary Injunction [Dkt. 74]. As grounds for this Motion, Red Lambda submits that the anticipated reply will address certain inaccuracies in Plaintiff's Opposition to the Motion to Remove Red Lambda from the Preliminary Injunction [Dkt. 86] and, as such, will be of assistance to the Court in ruling on that motion. Specifically, Plaintiff's opposition mischaracterizes the Court's basis for granting the preliminary injunction against Red Lambda.

Red Lambda has sought Plaintiff's consent to file a Reply but has received no response. A hearing on Red Lambda's Motion has not yet been scheduled by the Court, and no party will be prejudiced by the allowance of this Motion.

**WHEREFORE**, Red Lambda respectfully requests leave to file a reply in further support

- 2 -

of its Motion to Remove Red Lambda from the Preliminary Injunction.

                Respectfully submitted,

                RED LAMBDA, INC.

                By its attorneys,

                */s/ Thomas A. Dye*
                **CARLTON FIELDS, P.A.**
                Thomas A. Dye, Esq. (*Admitted pro hac vice*)
                Florida Bar No. 335207
                CityPlace Tower
                525 Okeechobee Blvd., Suite 1200
                West Palm Beach, Florida 33401
                Telephone: (561) 659-7070
                Facsimile: (561) 659-7368
                E-mail: tadye@carltonfields.com

                **BECK REED RIDEN LLP**
                Russell Beck (BBO # 561031)
                Stephen D. Riden (BBO # 644451)
                155 Federal Street, Suite 1302
                Boston, MA 02110
                Telephone: (617) 500-8660
                Facsimile: (617) 500-8665
                Email: rbeck@beckreed.com
Date: September 4, 2012        Email: sriden@beckreed.com

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(A)(2), I, Stephen D. Riden, hereby certify that prior to filing Red Lambda's Motion For Leave To File Reply, I sought to confer with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised thereby, but I have received no response.

/s/ Stephen D. Riden

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on this date.

/s/ Stephen D. Riden
**BECK REED RIDEN LLP**
Russell Beck (BBO # 561031)
Stephen D. Riden (BBO # 644451)
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665
Email: rbeck@beckreed.com
Date: September 4, 2012    Email: sriden@beckreed.com